# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD L. ZIRKLE,                )<br>       Plaintiff,              )<br>                                  )<br>   vs.                            )<br>                                  )<br> JOHNSON CONTROLS, f/k/a         )<br> York International,              )<br>       Defendant.               ) | Case No. 09-CV-517 |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

AND NOW, this 18th day of January, 2010, comes Sara A. Austin, Esq., AUSTIN LAW FIRM LLC, current counsel for Plaintiff, and does file the within Motion, as follows:

1. Sara A. Austin, Esq., Austin Law Firm LLC (hereinafter "Counsel") is counsel of record for Ronald Zirkle (hereinafter "Plaintiff").

2. Plaintiff has failed to pay fees and costs to Counsel pursuant to the parties' fee agreement.

3. Plaintiff has not been in contact with Counsel regarding payment of the outstanding fees and costs.

4. Counsel requests that she be allowed to withdraw as counsel of record for the Plaintiff.

5. The withdrawal of Attorney Austin as counsel of record will not cause the loss of or harm to any rights on the part of the Plaintiff, and will still enable the Plaintiff to have his case heard and resolved under the law.

WHEREFORE, Plaintiff's Counsel respectfully requests that this Honorable Court enter an Order permitting her to withdraw as counsel for Plaintiff, and for such other relief as may be just and proper.

Respectfully submitted,

AUSTIN LAW FIRM LLC

/s/ Sara A. Austin_____
Sara A. Austin, Esq.
Sup. Ct. I.D. No. 59052
226 East Market Street
York, PA 17403
717.846.2246 phone
717.846.2248 fax
saustin@austinlawllc.com
Counsel for the Plaintiff

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on January 18, 2010, a true and correct copy of the foregoing Motion filed in the above-captioned matter was or will be served on the following by electronic transmission:

Carmen Couden, Esq., Defendant's counsel
ccouden@foley.com

      The undersigned further certifies that on January 18, 2010, a true and correct copy of the foregoing Motion was served on the following by U.S. first class mail, postage prepaid:

Ronald Zirkle
673 S. Kralltown Road
East Berlin, PA 17316

                                            /s/ Sara A. Austin_____
                                            Sara A. Austin, Esquire