# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RONALD L. ZIRKLE,** | : CIVIL ACTION NO. 1:09-CV-517 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **JOHNSON CONTROLS, f/k/a YORK INTERNATIONAL,** | : |
| **Defendant** | : |

## **ORDER**

AND NOW, this 9th day of April, 2010, upon consideration of plaintiff's correspondence to the court dated April 8, 2010, wherein plaintiff seeks reconsideration of the order of court (Doc. 21) dated February 17, 2010,[1] and it appearing that plaintiff's request for reconsideration is untimely, see L.R. 7.10 ("Any motion for reconsideration or reargument must be accompanied by a supporting brief and filed within fourteen (14) days after the entry of the order concerned."), and, after consideration of the merits of plaintiff's request, the court finding that there are no manifest errors of law or fact in the challenged order, nor does plaintiff present newly discovered evidence, see Harsco Corp. v. Zlotnicki, 779 F.2d 906, 909 (3d Cir. 1985) ("The purpose of a motion for reconsideration is to correct manifest errors of law or fact or to present newly discovered evidence . . . ."), it is hereby ORDERED that:

---

[1] In the order in question (Doc. 21), the court granted the motion (Doc. 15) to withdraw filed by Attorney Sara A. Austin, who was then plaintiff's counsel.

1. The Clerk of Court is instructed to docket the correspondence received from plaintiff.

2. The correspondence is CONSTRUED as a motion for reconsideration and is DENIED as so construed.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge